**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

S.S., : No. 78 MM 2019
:
Respondent :
:
:
:
v. :
:
:
:
C.S., :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2019, the Application for Leave to File *In Forma Pauperis* and the Petition for Review are DENIED.